UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SHIELD OF FAITH EMBASSY ~~EMBASSY~~ INTERNATIONAL MISSIONS ON BEHALF OF STEFAN T. NOBLE
Noble Judah Ali Bey Isra'el
Authorized Representative

*(In the space above enter the full name(s) of the plaintiff(s).)*

10   297

- against -

OFFICE OF THE DISTRICT ATTORNEY

CITY OF PHILADELPHIA INC

PHILADELPHIA POLICE DEPT. (35TH DISTRICT)

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name — Noble Judah Ali Bey Isra'el AUTHORIZED REPRESENTATIVE
Shield of Faith Embassy International Missions
Street Address — P.O. Box 48324
County, City — Philadelphia
State & Zip Code — Pennsylvania 19144
Telephone Number — 610-818-9617

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name SETH WILLIAMS (OFFICE OF THE DISTRICT ATTORNEY)
Street Address JUNIPTER STREET & SOUTH PENN SQUARE
County, City PHILADELPHIA, PENNSYLVANIA
State & Zip Code 19107

Defendant No. 2
Name CHARLES H. RAMSEY (POLICE COMMISSIONER)
Street Address ONE FRANKLIN SQUARE
County, City PHILADELPHIA
State & Zip Code PENNSYLVANIA 19106

Defendant No. 3
Name MS. SHELLEY R. SMITH (CITY SOLICITOR)
Street Address 1515 ARCH STREET
County, City PHILADELPHIA
State & Zip Code PENNSYLVANIA 19107

Defendant No. 4
Name
Street Address
County, City
State & Zip Code

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
☒ Federal Questions    ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? TREATY & CONSTITUTIONAL LAW

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.  Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? __35TH DISTRICT__

B.  What date and approximate time did the events giving rise to your claim(s) occur? __JULY 23 2008__

[What happened to you?]

C.  Facts: __SEE ATTACHED COMPLAINT__

[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  MENTAL

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

TO ~~BE NO~~ GRANT FINAL DEFAULT JUDGMENT ~~IF TH~~ OR JURY TRIAL

THE BASIS FOR COMPENSATION IS A SELF EXECUTING CONTRACT WHICH WAS GIVEN TO DEFENDANT(S) IN WHICH THEY DEFAULTED ON. THERE IS A FORMULA IN WHICH AN AMOUNT ~~CAN~~ OF MONETARY COMPENSATION CAN BE OBTAIN THAT AMOUNT IS ONE BILLION DOLLARS $1,000,000,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of __JANUARY_____, 20_10_.

Signature of Plaintiff _Noble Judah Alfrey Qura'el_
Mailing Address _256 Burmont Road_
_Drexel Hill_
_Pennsylvania 19026_
Telephone Number _610-818-9617_
Fax Number *(if you have one)* _NONE_
E-mail Address _ShieldofFaithEmbassy@diplomats.com_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____